UNITED STATES of America,
Appellee,

v.

John Gregory LAMBROS, Appellant.

No. 02–2026.

United States Court of Appeals,
Eighth Circuit.

Submitted June 25, 2002.

Filed July 1, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

John Gregory Lambros appeals the district court's[1] denial of his motion under Federal Rule of Civil Procedure 60(b)(6). For the reasons stated by the district court, the judgment is affirmed. *See* 8th Cir. R. 47B.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.